UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: TENNEY, RONALD J. and
TENNEY, ANITA J.
      Debtor(s).

CASE NO. 04-01540
CHAPTER 7

## TRANSMITTAL OF UNCLAIMED FUNDS

Robert L. Johns, Chapter 7 Trustee, reports the following:

(1) Checks listed below were mailed to creditors and returned to this office marked insufficient address and/or forwarding order expired or cancelled automatically 90 days after final distribution. The check numbers, the names of the person(s) to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| CHECK NO. | AMOUNT | CREDITOR |
|---|---|---|
| 1006 | 15.48 | American Express Travel Related Services Co., |
| 1007 | 9.65 | American Express Bank, FSB |

(2) Your Trustee's check for the amount of $25.13, payable to the Clerk, U. S. Bankruptcy Court, is attached to this report and list.

(3) Nothing further remains to be done in this case.

Dated: August 25, 2010

Robert L. Johns, Trustee
216 Brooks Street, Suite 200
Charleston, WV 25301
(304) 720-2300